UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:  Case No. 15-51336-WSD

JEAN ANN FORSTER,  Chapter 13

        Debtor(s).  Honorable Walter Shapero
_____/

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) has failed to file a tax return for income taxes for tax period(s) 2012 as required by 11 USC 1308. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss the case.

### I. IF YOU ARE REQUIRED TO FILE:

Signed tax returns should be submitted to:

> Michigan Department of Attorney General
> Revenue & Collections Division
> Cadillac Place, Ste 10-200
> 3030 W. Grand Blvd
> Detroit, MI 48202
> Attn: Heather L. Donald

Attach any required copies of Federal Schedules, 1099's, and W-2's. If you have already filed the required return(s), submit a copy to the above-listed address. For questions, call (313) 456-0140.

## II. IF YOU BELIEVE YOU ARE NOT REQUIRED TO FILE:

Submit an AFFIDAVIT, signed under penalty of perjury, notarized and dated, stating the reasons why you are not required to file the returns. In the Affidavit, list income from all sources, both taxable and non-taxable, for each year. If you were required to file a federal tax return, submit a copy of your federal return with the Affidavit. Send the information to the above-listed address.

## III. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:

W-2 or 1099--Contact your EMPLOYER(S)

IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or 800-829-1040

IRS WEBSITE: www.irs.gov

Respectfully submitted,

BILL SCHUETTE
Attorney General

/s/ Heather L. Donald
Heather L. Donald (P57351)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: donaldh@michigan.gov

Dated: August 28, 2015